UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CETUS TECHNOLOGY LIMITED, a British Virgin Islands Company,

    Plaintiff,

v.

DOE NOS. 1-25 and CIRCLE INTERNET GROUP, INC.,

    Defendant.

CASE NO: 1:25-cv-25130

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant Circle Internet Group, Inc. ("Circle") hereby files this Notice of Removal of the above-captioned action to this Court and respectfully states as follows:

1. Circle is a named defendant in Case No. 2025-010992-CA-01 filed by Plaintiff Cetus Technology Limited ("Plaintiff") in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (hereinafter, the "State Court Action").

2. Plaintiff filed its original Complaint in the State Court Action on or around June 11, 2025. Plaintiff then filed an Amended Complaint on or around September 22, 2025. Circle was first named as a defendant in the Amended Complaint.

3. This Notice is being filed within thirty (30) days after Circle was served on October 17, 2025, with a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action against Circle Internet is based.

4. This Court is the proper district court for removal because the State Court Action is pending within this District.

5. Pursuant to 28 U.S.C. § 1446(a), a legible copy of each paper served on Circle Internet and/or docketed in the State Court Action is attached hereto as "**Exhibit A**" through "**Exhibit C**."

6. The docket for the State Court Action does not indicate that any other defendant has been properly served as of the time of this filing and therefore no other defendant's consent is required for removal. *See* 28 U.S.C. § 1446(b).

7. Circle is a Delaware corporation with headquarters in Massachusetts. Plaintiff is incorporated in the British Virgin Islands. In the Amended Complaint, Plaintiff alleges it is owed in excess of $75,000. Accordingly, the above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. §§ 1332(a), 1441(a),(b).

8. Promptly after the filing of this Notice of Removal, Circle will provide written notice of the removal to Plaintiff in the State Court Action and shall file a copy of this Notice with the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Respectfully submitted on this 5th day of November, 2025.

*/s/ Eliot Pedrosa*
Eliot Pedrosa (Fla. Bar No. 182443)
Ephraim D. Abreu (Fla. Bar No. 1019147)
JONES DAY
Brickell World Plaza
600 Brickell Avenue, Suite 3300
Miami, FL, 33131
Telephone: 305-714-9700
Facsimile: 305-714-9799
Email: epedrosa@jonesday.com
Email: eabreu@jonesday.com

*Attorneys for Defendant*
*Circle Internet Group, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2025, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court. I further certify that on the same date a copy of the foregoing document has been furnished to the following parties via United States Postal Service mail postage prepaid and electronic mail:

JOSE TEURBE-TOLON, ESQ.
XANDER LAW GROUP, P.A.
25 S.E. 2nd Avenue, Suite 808
Miami, Florida 33131
Telephone: (305) 767-2001
jose@xanderlaw.com
service@xanderlaw.com

*Counsel for Plaintiff*

                                                  */s/ Eliot Pedrosa*
                                                  Eliot Pedrosa, Esq.